# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-974
Lower Tribunal No. CF20-005761-XX

_____

ERNESTO PAGAN RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Olin W. Shinholser, Judge.

January 23, 2024

PER CURIAM.

   AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Jean-Jacques Darius, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED